IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN STEPHENS, | : Civil No. 4:25-CV-01825 |
| Plaintiff, | : |
| v. | : |
| MATT WELICKOVITCH, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Leo A. Latella recommending that this action be dismissed without prejudice for failing to pay the filing fee. (Doc. 18.) Judge Latella also recommends that the pending motion to dismiss and motion for summary judgment be denied as moot. (*Id.*) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Latella's analysis is well-reasoned and fully supported by the record and applicable law.  Accordingly, the court will adopt the report and recommendation, Doc. 18, dismiss this case without prejudice, and deny as moot the motion to dismiss, Doc. 15, and motion for summary judgment, Doc. 16.  An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: February 17, 2026