IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN STEPHENS, | : | Civil No. 4:25-CV-01825 |
| Plaintiff, | : | |
| v. | : | |
| MATT WELICKOVITCH, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of February, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 18, is **ADOPTED**.

2) This case is **DISMISSED WITHOUT PREJUDICE** for failing to pay the filing fee.

3) Defendants' motions to dismiss, Doc. 15, and for summary judgment, Doc. 16, are **DENIED AS MOOT**.

4) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania